UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| TARCEA, VASILE D | § | Case No. 10-20633 |
| TARCEA, RODICA | § § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/11/2012 in Courtroom 642,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/12/2011 By: _____

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
TARCEA, VASILE D  §  Case No. 10-20633
TARCEA, RODICA  §
  §
       Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,953.18 |
| and approved disbursements of | $ | 5,956.82 |
| leaving a balance on hand of[1] | $ | 2,996.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 750.05 | $ 0.00 | $ 750.05 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 1,830.00 | $ 0.00 | $ 1,830.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,580.05 |
| Remaining Balance | $ 416.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,318.24 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB | $ 735.00 | $ 0.00 | $ 5.74 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR CITIBANK N.A. | $ 4,994.36 | $ 0.00 | $ 39.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ 245.44 | $ 0.00 | $ 1.92 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ 7,936.39 | $ 0.00 | $ 61.96 |
| 000005 | CHASE BANK USA, N.A. | $ 18,207.36 | $ 0.00 | $ 142.16 |
| 000006 | CHASE BANK USA, N.A. | $ 5,026.25 | $ 0.00 | $ 39.25 |
| 000007 | CHASE BANK USA, N.A. | $ 1,157.34 | $ 0.00 | $ 9.04 |
| 000008 | CHASE BANK USA, N.A. | $ 5,441.88 | $ 0.00 | $ 42.49 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | CHASE BANK USA, N.A. | $ 3,345.33 | $ 0.00 | $ 26.12 |
| 000010 | CHASE BANK USA, N.A. | $ 6,228.89 | $ 0.00 | $ 48.63 |

Total to be paid to timely general unsecured creditors   $ 416.31

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-20633-SPS
Vasile D Tarcea                                                         Chapter 7
Rodica Tarcea
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: gbeemster          Page 1 of 2           Date Rcvd: Dec 13, 2011
                             Form ID: pdf006          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2011.
```
db/jdb     +Vasile D Tarcea,   Rodica Tarcea,   5531 W. Cullom Ave.,   Chicago, IL 60641-1315
aty        +Zane L Zielinski,   Frank/Gecker LLP,   325 North LaSalle Street,   Suite 625,
             Chicago, IL 60654-6465
17542528    American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
15534022   +Bank One/Chase,   8333 Ridgepoint Dr,   Irving, TX 75063-5812
15534023  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
             Norcross, GA 30091)
17195052    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
             Oklahoma City, OK  73124-8839
15534026   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15534025   +Chase,   800 Brooksedge Blv,   Westerville, OH 43081-2822
17235544    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15534030   +Chase Bank USA, N.A.,   c/o Fine, Faulkner, Mortell,   131 South Dearborn Street, Floor 5,
             Chicago, IL 60603-5571
15534031   +DEX,   P.O. Box 660835,   Dallas, TX 75266-0835
15534032   +Washington Mutual Fa,   7757 Bayberry Rd,   Jacksonville, FL 32256-6816
15534033   +Wfnnb/roomplace,   Po Box 182273 - Wf,   Columbus, OH 43218-2273
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17156735     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2011 05:16:02
              American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK  73124-8840
17136215     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2011 05:06:10
              American InfoSource LP as agent for WFNNB,   as assignee of,   Harlem Furniture,   PO Box 248872,
              Oklahoma City, OK  73124-8872
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15534024*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
             Norcross, GA 30091)
15534027*  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15534028*  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15534029*  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2011**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: gbeemster            Page 2 of 2              Date Rcvd: Dec 13, 2011
                              Form ID: pdf006            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2011 at the address(es) listed below:
         Elizabeth  Placek    on behalf of Debtor Vasile Tarcea rjscourtdocs@gmail.com
         Frances  Gecker    fgecker@fgllp.com,
          fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
         Jan M Hulstedt    on behalf of Debtor Vasile Tarcea jhulstedt@robertjsemrad.com,
          rjscourtdocs@gmail.com
         Monica J Paine    on behalf of Creditor   JPMorgan Chase Bank, National Association
          mpaine@fisherandshapirolaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Robert J Semrad    on behalf of Debtor Vasile Tarcea court_docs@robertjsemrad.com,
          msemrad@robertjsemrad.com
         William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com,   csmith@fgllp.com
                                                                                                                                     TOTAL: 7