# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
TARCEA, VASILE D                          §        Case No. 10-20633
TARCEA, RODICA                            §
                                          §
              Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/Frances Gecker _____

                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank One/Chase 8333 Ridgepoint Dr Irving, TX 75063 | | | | | |
| | Washington Mutual Fa 7757 Bayberry Rd Jacksonville, FL 32256 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/roomplace Po Box 182273 - Wf Columbus, OH 43218 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase 800 Brooksedge Blv Westerville, OH 43081 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | DEX P.O. Box 660835 Dallas, TX 75266 | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CITIBANK N.A. | | | | | |
| 000001 | HARLEM FURNITURE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-20633 | SPS | Judge: Susan Pierson Sonderby |
|---|---|---|---|

Case Name:    TARCEA, VASILE D
                        TARCEA, RODICA

For Period Ending: 04/09/12

Trustee Name:                          Frances Gecker
Date Filed (f) or Converted (c):   05/05/10 (f)
341(a) Meeting Date:                 07/13/10
Claims Bar Date:                       07/12/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 5531 W. Cullom Ave.<br>Debtor Claimed Exemption | 270,500.00 | 0.00 | | 0.00 | FA |
| 2. | Fox River Resort Timeshare Addison, Illinois | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 3. | Bank of America Checking Account<br>Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 4. | Chase Checking Account Account frozen at time of f<br>Debtor Claimed Exemption | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. | Bank of America Business Checking Account<br>Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. | Furniture<br>Debtor Claimed Exemption | 500.00 | 50.00 | DA | 0.00 | FA |
| 7. | Clothing<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 8. | 401K<br>Debtor Claimed Exemption | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. | Sole proprietorship RO Plumbing & Heating Co. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. | 1999 Mercedes Benz ML320 - 81K miles | 5,200.00 | 400.00 | DA | 0.00 | FA |

LFORM1

Ver: 16.06

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

**Exhibit 8**

| | |
|---|---|
| Case No: | 10-20633   SPS   Judge: Susan Pierson Sonderby |
| Case Name: | TARCEA, VASILE D |
| | TARCEA, RODICA |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 05/05/10 (f) |
| 341(a) Meeting Date: | 07/13/10 |
| Claims Bar Date: | 07/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 11. 2001 Chevrolet Express - 100K miles | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Power Tools | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. TAX REFUNDS | 7,278.00 | 3,000.00 | | 8,953.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.20 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $308,528.00          $8,450.00          $8,953.20          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/30/11          Current Projected Date of Final Report (TFR): 12/30/11

/s/   Frances Gecker
_____   Date: 04/09/12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-20633   SPS   Judge: Susan Pierson Sonderby | Trustee Name:   Frances Gecker |
| Case Name: | TARCEA, VASILE D | Date Filed (f) or Converted (c):   05/05/10 (f) |
| | TARCEA, RODICA | 341(a) Meeting Date:   07/13/10 |
| | | Claims Bar Date:   07/12/11 |

FRANCES GECKER

Page:   1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-20633  -SPS | | Trustee Name: | Frances Gecker |
| Case Name: | TARCEA, VASILE D | | Bank Name: | BANK OF AMERICA |
| | TARCEA, RODICA | | Account Number / CD #: | *******5265  MONEY MARKET |
| Taxpayer ID No: | *******0286 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/11/11 | 13 | Rodica Tarcea<br>Cashier's Check<br>Bank of America<br>VASILE AND RODICA TARCEA | | | 3,000.00 | | 3,000.00 |
| | | | Memo Amount:        8,953.00 | 1124-000 | | | |
| | | | TAX REFUNDS | | | | |
| | | | Memo Amount:      (    5,953.00 ) | 8100-000 | | | |
| | | | Debtor's Exemption | | | | |
| 04/29/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,000.01 |
| 05/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,000.04 |
| 06/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.06 |
| 07/29/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.08 |
| 08/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,000.11 |
| 09/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.13 |
| 10/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,000.16 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.82 | 2,996.34 |
| 11/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,996.36 |
| 12/29/11 | 14 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,996.38 |

|  | Page Subtotals | 3,000.20 | 3.82 |
|---|---|---|---|

Ver: 16.06

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2                                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-20633  -SPS | |
| Case Name: | TARCEA, VASILE D | |
| | TARCEA, RODICA | |
| Taxpayer ID No: | *******0286 | |
| For Period Ending: | 04/09/12 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5265  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/11 | | Transfer to Acct #*******2442 | Bank Funds Transfer | 9999-000 | | 2,996.38 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 8,953.00 | COLUMN TOTALS | | 3,000.20 | 3,000.20 | 0.00 |
| Memo Allocation Disbursements: | 5,953.00 | Less:  Bank Transfers/CD's | | 0.00 | 2,996.38 | |
| | | Subtotal | | 3,000.20 | 3.82 | |
| Memo Allocation Net: | 3,000.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 3,000.20 | 3.82 | |

Page Subtotals                          0.00              2,996.38

Ver: 16.06

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-20633 -SPS | | Trustee Name: | Frances Gecker |
| Case Name: | TARCEA, VASILE D | | Bank Name: | Congressional Bank |
| | TARCEA, RODICA | | Account Number / CD #: | *******2442  GENERAL CHECKING |
| Taxpayer ID No: | *******0286 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5265 | Bank Funds Transfer | 9999-000 | 2,996.38 | | 2,996.38 |
| 01/11/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 750.05 | 2,246.33 |
| 01/11/12 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,830.00 | 416.33 |
| 01/11/12 | 001002 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WFNNB<br> AS ASSIGNEE OF<br>HARLEM FURNITURE<br>PO BOX 248872<br>OKLAHOMA CITY, OK 73124-8872 | Claim 000001, Payment 0.78% | 7100-000 | | 5.74 | 410.59 |
| 01/11/12 | 001003 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>CITIBANK N.A.<br>PO BOX 248840<br>OKLAHOMA CITY, OK 73124-8840 | Claim 000002, Payment 0.78% | 7100-000 | | 39.00 | 371.59 |
| 01/11/12 | 001004 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Room 642 | Claim 000003, Payment 0.78%<br>CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT | 7100-000 | | 1.92 | 369.67 |

| | | | Page Subtotals | | 2,996.38 | 2,626.71 | |

Ver: 16.06

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-20633  -SPS |
| Case Name: | TARCEA, VASILE D |
| | TARCEA, RODICA |
| Taxpayer ID No: | *******0286 |
| For Period Ending: | 04/09/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2442  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago,, IL  60604 | PO BOX 248839 OKLAHOMA CITY, OK 73124-8839 | | | | |
| 01/11/12 | 001005 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 248839 OKLAHOMA CITY, OK 73124-8839 | Claim 000004, Payment 0.78% | 7100-000 | | 61.97 | 307.70 |
| 01/11/12 | 001006 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000005, Payment 0.78% | 7100-000 | | 142.17 | 165.53 |
| 01/11/12 | 001007 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000006, Payment 0.78% | 7100-000 | | 39.25 | 126.28 |
| 01/11/12 | 001008 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000007, Payment 0.78% | 7100-000 | | 9.03 | 117.25 |
| 01/11/12 | 001009 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000008, Payment 0.78% | 7100-000 | | 42.49 | 74.76 |
| 01/11/12 | 001010 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000009, Payment 0.78% | 7100-000 | | 26.12 | 48.64 |
| 01/11/12 | 001011 | CHASE BANK USA, N.A. | Claim 000010, Payment 0.78% | 7100-000 | | 48.64 | 0.00 |

Page Subtotals            0.00        369.67

Ver: 16.06

FORM 2   Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-20633  -SPS | |
| Case Name: | TARCEA, VASILE D | |
| | TARCEA, RODICA | |
| Taxpayer ID No: | *******0286 | |
| For Period Ending: | 04/09/12 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2442  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 15145 WILMINGTON, DE 19850-5145 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 2,996.38 | 2,996.38 | | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 2,996.38 | 0.00 | | |
| | | Subtotal | 0.00 | 2,996.38 | | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | | |
| | | Net | 0.00 | 2,996.38 | | |
| | | | | NET | ACCOUNT | |
| Total Allocation Receipts: | 8,953.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE | |
| Total Allocation Disbursements: | 5,953.00 | MONEY MARKET - ********5265 | 3,000.20 | 3.82 | 0.00 | |
| | | GENERAL CHECKING - ********2442 | 0.00 | 2,996.38 | 0.00 | |
| Total Memo Allocation Net: | 3,000.00 | | ----------------------- | ----------------------- | ----------------------- | |
| | | | 3,000.20 | 3,000.20 | 0.00 | |
| | | | ============ | ============ | ============ | |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand | |

Frances Gecker, Trustee

/s/    Frances Gecker

Trustee's Signature: _____  Date: 04/09/12

FRANCES GECKER

Page Subtotals          0.00          0.00

Ver: 16.06